**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TYMEER SCALES,<br><br>*Plaintiff,*<br><br>v.<br><br>CITIZENS BANK, N.A., *et al.*<br><br>*Defendants.* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action<br><br>No. 2:24-cv-06107 |

**ORDER**

**AND NOW**, this 13th day of November, 2026, upon consideration of Defendants' Motion for Summary Judgment and accompanying Brief in Support (Dkt. Nos. 40 & 47) and Plaintiff's opposition thereto (Dkt. No. 44), it is hereby **ORDERED** that Defendants' Motion for Summary Judgment is **GRANTED**.

The Clerk of Court is directed to mark this matter as **CLOSED**.

BY THE COURT:

GAIL A. WEILHEIMER, J.